| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |  |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | 21CR00298-001-DMS | |
| | | DOCKET NUMBER *(Rec. Court)* | |
| | | 22cr144 (KMW) | |
| NAME AND ADDRESS OF | DISTRICT | DIVISION | |
| Joseph Michael O'Brien | Southern California | San Diego | |
| District of New Jersey | NAME OF SENTENCING JUDGE | | |
| | Dana M. Sabraw | | |
| | Chief U.S. District Judge | | |
| | DATES OF | FROM | TO |
| | supervised release | 12/10/2021 | 12/9/2024 |

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Methamphetamine, a Class A felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

1/28/2022
Date

Dana M. Sabraw
Chief U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

February 23, 2022
Effective Date

United States District Judge
KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

bmc